# UNITED STATES DISTRICT COURT

FOR THE _____ District of    MASSACHUSETTS

JOSEPH PASIONEK

V.

NATIONAL RAILROAD PASSENGER CORP.
a/k/a AMTRAK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04**cv**11172** RWZ

TO: (Name and address of Defendant)

NATIONAL RAILROAD PASSENGER CORP., a/k/a AMTRAK
253 Summer Street
Boston, MA   02210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. McDevitt
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA   02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK     DATE   6-2-04

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

June 30, 2004
I hereby certify and return that on 6/21/2004 at 8:35:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to M. O'Neil, for National Railroad Passenger Corp., at ATTN: Martha O''Neill, 253 Summer Street, Amtrak Claims Department Boston, MA 02210. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   George Slyva

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                            *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.