UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH T. PASIONEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04 CV 11172 RWZ |
| ) | |
| AMTRAK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for Respondent, National Railroad Passenger Corporation (also known as "AMTRAK").

DATED: July 26, 2004

_____
John A. Kiernan, BBO #271020

_____
Stephen E. Hughes, BBO #629644
BONNER KIERNAN
TREBACH & CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

## CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on July 27, 2004, served a copy of the foregoing document by sending same by first class mail, postage prepaid, to counsel for Plaintiff, Michael J. McDevitt, Esq., Lawson & Weitzen, LLP, 88 Black Falcon Ave., Suite 345, Boston, MA 02210.

_____
Stephen E. Hughes