## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH T. PASIONEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **Case No. 04 CV 11172 RWZ** |
| | ) |
| AMTRAK, | ) |
| | ) |
| Defendant. | ) |

## JOINT SCHEDULING STATEMENT

Plaintiff Joseph Pasionek ("Mr. Pasionek") and Defendant National Railroad Passenger Corporation ("Amtrak") submit this Joint Statement pursuant to LR 16.1 and the Court's Notice of Scheduling Conference, dated October 25, 2004.

**(1)    JOINT DISCOVERY PLAN**

May 2, 2005          Completion of all written discovery and depositions, including expert designations, answers to expert interrogatories, and expert depositions.

**(2)    PROPOSED SCHEDULE FOR FILING OF MOTIONS**

March 3, 2005        Filing of all non-dispositive motions, including motions to amend and those associated with discovery disputes.

March 24, 2005       Filing of all oppositions to non-dispositive motions.

June 3, 2005         Filing of all dispositive motions.

June 27, 2005        Filing of all oppositions or responses to dispositive motions.

(3)     **CERTIFICATIONS OF COUNSEL & AUTHORIZED REPRESENTATIVES**

The certifications of the parties and their counsel will be filed at the Scheduling Conference.

(4)     **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

- Pretrial schedule of discovery and motions;

- Status of settlement discussions.

(5)     **TRIAL BY MAGISTRATE**

The parties do not consent to trial by magistrate judge.

WHEREFORE, Mr. Pasionek and Amtrak request that the Court approve their proposed discovery and motion schedules, with such amendments as the Court deems just and proper.

**Respectfully submitted,**

PLAINTIFF,
Joseph Pasionek,
By his attorney

DEFENDANT,
National Railroad Passenger Corporation
By its attorneys,

Michael J. McDevitt, BBO # 564720
Lawson & Weitzen, LLP
88 Black Falcon Ave., Suite 345
Boston, MA 02210
(617) 439-4990

John A. Kiernan, BBO No. 271020
Stephen E. Hughes, BBO No. 629644
Bonner Kiernan Trebach & Crociata
One Liberty Square
Boston, MA 02109
(617) 426-3900

Dated: November 15, 2004