UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH T. PASIONEK, )
)
Plaintiff, )
)
v. ) Case No. 04 CV 11172 RWZ
)
AMTRAK, )
)
Defendant. )

## DEFENDANT AMTRAK'S CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 16.1, Defendant, National Railroad Passenger Corporation (d/b/a Amtrak) and its counsel, Bonner Kiernan Trebach & Crociata, have conferred regarding: (a) the budget for the costs of conducting the full course - and various alternative courses - of the litigation of the above-captioned matter; and (b) consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SIGNED:

_____
John A. Kiernan BBO No. 271020
Stephen E. Hughes BBO No. 629644
BONNER KIERNAN TREBACH &
CROCIATA
One Liberty Square - 6th Floor
Boston, MA 02109
(617) 426-3900

_____
C.F. Kleykamp
Manager, Claims Services
NATIONAL RAILROAD PASSENGER
CORPORATION, (d/b/a Amtrak)
Union Station
50 Union Avenue, 4th Floor West
New Haven, CT 06519
(203) 773-6030

### CERTIFICATE OF SERVICE

I, Stephen E. Hughes, hereby certify that I have, on November 17, 2004, served a copy of the foregoing document by delivering a copy in hand to Plaintiff's counsel.

_____
Stephen E. Hughes