UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PASIONEK,         )<br>                          )<br>     Plaintiff,          )<br>                          )<br>v.                        )<br>                          )  C.A. No. 04-CV-11172-RWZ<br>NATIONAL RAILROAD         )<br>PASSENGER CORPORATION,    )<br>                          )<br>     Defendant.           )<br>                          ) | |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Mass.R.Civ.P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice and with each party to bear its own costs, expenses and attorney's fees.

| The Plaintiff, | The Defendant, |
|---|---|
| JOSEPH PASIONEK | NATIONAL RAILROAD PASSENGER Corp. |
| By his attorney, | By its attorney, |
| */s/ Michael J. McDevitt* | */s/ Stephen E. Hughes* |
| Michael J. McDevitt, BBO#: 564720 | Stephen E. Hughes, Esquire |
| Lawson & Weitzen, LLP | Bonner, Kiernan, Trebach & Crociata |
| 88 Black Falcon Avenue, Suite 345 | One Liberty Square |
| Boston, MA 02111 | Boston, MA 02109 |
| (617) 439-4990 | |

DATED: June 13, 2005